UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSS BELLANT, et al.,

    Plaintiffs,

vs.

Case No. 17-13887
HON. GEORGE CARAM STEEH

RICHARD D. SNYDER, et al.,

    Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES (DOC. 19), STRIKING PLAINTIFFS' BRIEF IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS (DOC. 21), AND AMENDING THE BRIEFING SCHEDULE AND HEARING DATE

Pursuant to Local Rule 7.1(d)(A), "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages."

On March 9, 2018, defendants filed an ex parte motion for leave to file excess pages in their brief in support of a motion to dismiss. (Doc. 10). On March 12, 2018, the Court granted defendants' motion, permitting an additional 10 pages for a brief not to exceed a total of 35 pages. Defendants thereafter filed a 34 page brief in support of their motion to dismiss. (Doc. 11). The Court set a briefing schedule and hearing date.

(Doc. 12). The parties thereafter stipulated to extend the briefing schedule. (Doc. 18). The Court rescheduled the motion hearing to accommodate this stipulation. (Doc. 18).

Plaintiffs' brief in response to defendants' motion to dismiss was due by May 24, 2018. On that date, plaintiffs' filed an ex parte motion for leave to file excess pages. (Doc. 19). Plaintiffs "request[ed] an additional 12 pages (37 total pages)." (Doc. 19 at PageID 184). Plaintiffs did not wait for the Court to rule on this motion before filing a 39 page brief. (Doc. 21).

Plaintiffs' motion is GRANTED IN PART AND DENIED IN PART. The Court shall give plaintiffs an additional ten pages for their response brief. Their previously filed brief, (Doc. 21), shall be struck for failure to comply with Local Rule 7.1 and the terms of this order. Plaintiffs may file a new response brief which, including footnotes and signatures, does not exceed 35 pages. Plaintiffs' brief is due by June 8, 2018. Defendants' reply shall be filed on or before June 22, 2018. The June 27, 2018 oral argument date shall be rescheduled for July 18, 2018.

IT IS SO ORDERED.

Dated: June 1, 2018

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 1, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk