UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Russ Bellant, et al.

    Plaintiffs,

v.

Richard D. Snyder, et al.

    Defendants.

Case no. 2:17-cv-13887

Hon. George Caram Steeh
Mag. R. Steven Whalen

**STIPULATION FOR AN EXTENSION TO FILE RULE 26 DISCLOSURES**

_____/

Herbert A. Sanders (P43031)
THE SANDERS LAW FIRM P.C.
615 Griswold St., Suite 913
Detroit, MI 48226
313-962-0099/Fax: 313-962-0044
*Attorney for Plaintiffs*

John C. Philo (P52721)
Anthony D. Paris (P71525)
SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
313-993-4505/Fax: 313-887-8470
*Attorneys for Plaintiffs*

Julie H. Hurwitz (P34720)
William H. Goodman (P14173)
GOODMAN AND HURWITZ, P.C.,
behalf of the Detroit and Michigan
National Lawyers Guild
1394 E. Jefferson Ave.
Detroit, MI 48207
 313-567-6170/Fax: 313-567-4827
 *Attorneys for Plaintiffs*

Michael F. Murphy (P29213)
Margaret A. Nelson (P30342)
Denise C. Barton (P41535)
Heather S. Meingast (P55439)
Ann M. Sherman (P67762)
MICHIGAN DEPARTMENT OF THE
ATTORNEY GENERAL
STATE OPERATIONS DIVISION
P.O. Box 30736
Lansing, MI 48909
517-373-6434/517-373-1162
Fax: 517-373-2060
*Attorneys for Defendants*

Cynthia Heenan (P53664)
Hugh M. Davis (P12555)
CONSTITUTIONAL LITIGATION
ASSOCIATES, P.C.
450 W. Fort St., Suite 200
Detroit, MI 48226
313-961-2255/Fax: 313-961-5999
*Attorneys for Plaintiffs*

Darius Charney
Ghita Schwarz
CENTER FOR CONSTITUTIONAL
RIGHTS

666 Broadway, 7th Floor  
New York, NY 10012  
212-614-6464/Fax: 212-614-6499  
*Attorneys for Plaintiffs*

_____/

## STIPULATION FOR AN EXTENSION TO FILE REPLY TO RESPONSE TO AMENDED MOTION TO VACATE

THE PARTIES STIPULATE to the entry of the attached order allowing both parties an extension of 21 days, to file their Rule 26 disclosures, the disclosures are now due December 10, 2018. This stipulation is in accord with Fed. R. Civ. P. 6(b).

*s/Herbert A. Sanders (with consent)*  
HERBERT A. SANDERS (P43031)  
The Sanders Law Firm P.C.  
Attorney for Plaintiffs  
27777 Franklin, Suite 2500  
Southfield, MI 48034  
Phone: (248) 351-3000  
E-mail: mjacobson@jaffelaw.com

*s/ Michael F. Murphy*  
MICHAEL F. MURPHY (P29213)  
Assistant Attorney General  
Attorney for Defendants  
MI Department of Attorney General  
Complex Litigation Division  
P.O. Box 30736  
Lansing, MI 48909  
Phone: (517) 335-3055  
E-mail: murphym2@michigan.gov

Dated: November 15, 2018

Dated: November 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Russ Bellant, et al.

       Plaintiffs,

v.

Richard D. Snyder, et al.

       Defendants.
_____/

Case no. 2:17-cv-13887

Hon. George Caram Steeh
Mag. R. Steven Whalen

### **ORDER FOR EXTENSION TO FILE RULE 26 DISCLOSURES**

The parties having stipulated to the entry of this order,

**IT IS HEREBY ORDERED** that the parties are granted an extension to file Rule 26 disclosures. The disclosures are due on December 10, 2018.

                                    s/George Caram Steeh
                                    United States District Judge

Dated: November 15, 2018