UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Russ Bellant, Detroit Library Commissioner;
Tawanna Simpson; Lamar Lemmons, Detroit
Public Schools Board Member; Elena Herrada;
Kermit Williams, Pontiac City Council Member;      Case No.: 2:17-13887
Donald Watkins; Duane Seats, Juanita Henry,        Judge: George Caram Steeh
and Mary Alice Adams, Benton Harbor
Commissioners; William "Scott" Kincaid, Flint
City Council Member; Bishop Bernadel Jefferson;
Paul Jordan; Rev. Jim Holley, National Board Member
Rainbow Push Coalition; Rev. Charles E.
Williams II, Michigan Chairman, National
Action Network; Rev. Dr. Michael A. Owens,
Rev. Lawrence Glass, Rev. Dr. Deedee Coleman,
Executive Board, Council of Baptist Pastors of
Detroit and Vicinity;

                              Plaintiffs,           *Stipulation to Dismiss*
v.                                                  *Without Prejudice*

RICHARD D. SNYDER, as Governor of the
State of Michigan; ANDREW DILLON, as
former Treasurer of the State of Michigan,
R. KEVIN CLINTON as former Treasurer
of the State of Michigan, and NICK KHOURI,
as Treasurer of the State of Michigan, acting in
their individual and/or official capacities,

                              Defendants.
_____/

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the stipulation of the parties:

IT IS HEREBY STIPULATED AND SO ORDERED that this matter be dismissed without prejudice and without costs or attorney fees as to either party.

IT IS FURTHER STIPULATED AND SO ORDERED that Plaintiffs shall not appeal the Court's ruling as it relates to Defendants' FRCP 12 (b) (6) Motion in this matter.

Dated: December 11, 2018    s/George Caram Steeh
                            HON. GEORGE CARAM STEEH
                            U.S. District Court Judge


Approved by:

*/s/ Herbert A. Sanders*                     Dated:  12/6/18
Herbert A. Sanders (P43031)
The Sanders Law Firm PC
**Attorney for Plaintiffs**
615 Griswold Street, Suite 913
Detroit, Michigan  48226
313.962.0099


*/s/with permission of Michael Murphey*      Dated: 12/6/18
Denise C. Barton (P41535)
Michael F. Murphy (P29213)
**Attorneys for Defendants**
P.O. Box 30736
Lansing, MI 48909